

# Fourth Court of Appeals
## San Antonio, Texas

December 6, 2019

No. 04-19-00495-CV

Josefina **LOPEZ,**
Appellant

v.

**GERMANIA FARM MUTUAL INSURANCE ASSOCIATION** and Christopher Yates,
Appellees'

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2017-CVH-002055-C3
Honorable Victor Villarreal, Judge Presiding

# O R D E R

The court reporter's request for additional time to file the reporter's record is granted. We order the court reporter, Roxann G. Soto-Serna, to file the reporter's record by December 20, 2019.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of December, 2019.

_____
MICHAEL A. CRUZ,
Clerk of Court